UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| PAUL MICHAEL BARRY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )    2:14-cv-00339-JDL |
| | ) |
| CUMBERLAND COUNTY JAIL, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 76) with the court on February 11, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff, Paul Michael Barry, filed an Objection to the Recommended Decision (ECF No. 106) on May 3, 2016. Barry also filed a document entitled "Plaintiff's [] Motion of Supporting Law Against Summary Judgment" (ECF No. 105) on April 28, 2016. The defendants filed a Response to the Objection (ECF No. 107) on May 12, 2016.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by it.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion for summary judgment (ECF No. 51) is **GRANTED**. Barry's Complaint (ECF No. 1) is **DISMISSED.**

SO ORDERED.

This 18th day of May 2016.

                                                                 /s/ Jon D. Levy  
                                                             U.S. DISTRICT JUDGE